IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GARRETT MASON LEE, by and through his Guardian, Conservator, and Next Friend, Shayne Lee, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| FULTON COUNTY SCHOOL DISTRICT, et al., | : : : | CIVIL ACTION NO. 1:14-CV-1399-AT |
| Defendants. | : | |

### ORDER

The Clerk is **DIRECTED** to reopen this case. Plaintiff's discovery dispute motion [Doc. 4], seeking an extension of time to complete discovery and a conference, is **STRICKEN** pursuant to the Court's Guidelines (Doc. 4 at 19-20.) Plaintiff is **DIRECTED** to comply with the Court's Guidelines regarding discovery disputes and in particular, meet and confer with Defendants' counsel before contacting the Court regarding any discovery dispute.

**IT IS SO ORDERED** this 6th day of February, 2015.

_____
**Amy Totenberg
United States District Judge**